# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JUSTIN HUGHES, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:18-cv-386-JJM-LDA |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
| Defendant. | : |

## DISMISSAL STIPULATION

Plaintiff and Defendant agree that the Complaint may be dismissed with prejudice. No costs or fees awarded.

Dated: August 26, 2019

*/s/ Mason Waring*_____
Mason Waring, Esq.
Leah Small, Esq.
Chisholm Chisholm Kilpatrick Ltd.
321 South Main Street, Suite 200
Providence, RI 02903
(401) 234-4912
(401) 421-3185 fax
mwaring@cck-law.com
lsmall@cck-law.com

*Attorneys for Plaintiff*
*Justin Hughes*

*/s/ Brooks R. Magratten*_____
Brooks R. Magratten, Esq.
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 fax
bmagratten@pierceatwood.com

*Attorneys for Defendant*
*Life Insurance Company*
*of North America*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of this document was served of the following counsel of record by ECF filing on August 26, 2019:

Mason Waring, Esq.
Leah Small, Esq.
Chisholm Chisholm Kilpatrick Ltd.
321 South Main Street, Suite 200
Providence, RI 02903

                */s/ Brooks R. Magratten*